# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 0295

VERSUS

JAMES CALVIN BELL

**MAY 24, 2021**

---

In Re:    James Calvin Bell, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 08-86-0939.

---

**BEFORE:    THERIOT, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**

**MRT**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT